968

No. 859. GREENHILL ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Eugene Gressman, Dudley Yoedicke* and *Leon D. Hubert, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 869. SHELL OIL Co. *v.* McKNIGHT ET AL. C. A. 5th Cir. Certiorari denied. *R. H. Whilden* for petitioner. *William M. Steger* for respondents. ■

. No. 871. PROGRESS DEVELOPMENT CORP. *v.* DEERFIELD PARK DISTRICT. Supreme Court of Illinois. Certiorari denied. *Joseph L. Rauh, Jr., Eugene Gressman* and *John Silard* for petitioner. *Gerald C. Snyder* for respondent. ■

No. 872. OCHS ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Joseph A. Maun* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Philip R. Miller* and *Cynthia Holcomb* for the United States. ■

No. 829. SODERMAN *v.* U. S. CIVIL SERVICE COMMISSION. Motion to dispense with printing the petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondent. ■

No. 38, Misc. PAXTON *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Augustine A. Repetto* for respondent.